INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## UNITED STATES DISTRICT COURT
for the
### Southern District of Indiana

FILED
NOV 2 9 2023
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

**James Payton Showers**

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**First PREMIER Bank**

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No.   1:23-cv-2142-JRS-TAB

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## I. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question       [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 USC § 657, 18 USC § 1348(1), 12 USC § 504(d)(2), 12 USC § 412, UCC § 3-603

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual:

    The plaintiff, *(name)* James Payton Showers ____, is a citizen of the State of *(name)* Indiana ____, OR is a citizen of *(foreign nation)* ____

    b. If the plaintiff is a corporation, partnership, or other entity:

    The plaintiff, *(name)* James Payton Showers ____, is incorporated under the laws of the State of *(name)* Indiana ____, and has its principal place of business in the State of *(name)* ____.

    Or is incorporated under the laws of *(foreign nation)* ____,

    and has its principal place of business in *(name)* ____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

Page 2 of 6

Case 1:23-cv-02142-JRS-TAB   Document 1   Filed 11/29/23   Page 3 of 6 PageID #: 3

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

2. The Defendant(s)

   a. If the defendant is an individual:

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____, OR is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation, partnership, or other entity:

   The defendant, *(name)* **First PREMIER Bank**, is incorporated under the laws of the State of *(name)* **South Dakota**, and has its principal place of business in the State of *(name)* **South Dakota**.

   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   $20,415,000 to be paid to the U.S. Treasury due to more than three instances of breach of fiduciary duties by the defendent

## II. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | James Payton Showers |
| Street Address | c/o 3603 Clarks Creek Rd lot 40 |
| City and County | Plainfield, Hendricks |
| State and Zip Code | Indiana, 46168 |
| Telephone Number | (765)271-1268 |
| E-mail Address | drampcobeats@gmail.com |

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation or other entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Lisa Gerner |
| Job or Title *(if known)* | PREMIER Bankcard, Chief Financial Officer |
| Street Address | 3820 N Louise Ave |
| City and County | Sioux Falls, Minnehaha |
| State and Zip Code | South Dakota 57107 |
| Telephone Number | 605-357-3440 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Darrell E. Schmith |
| Job or Title *(if known)* | First PREMIER Bank, Chief Financial Officer |
| Street Address | 500 S Minnesota Ave |
| City and County | Sioux Falls, Minnehaha |
| State and Zip Code | South Dakota, 57104 |
| Telephone Number | 800-501-6535 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Scott Weeldreyer |
| Job or Title *(if known)* | First PREMIER Bank, Investment Manager |
| Street Address | 500 S Minnesota Ave |
| City and County | Sioux Fall, Minnehaha |
| State and Zip Code | South Dakota, 57104 |
| Telephone Number | 800-501-6535 |
| E-mail Address *(if known)* | |

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff delivered legal tender to the defendents with instructions of how to apply the tender. Defendents dishonered the tender and refuse to apply it to the account in question.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff desires the tender to be applied to the account for this and all future payments. Plaintiff desires that the defendents will pay no less than $20,415,000 to the U.S. Treasury for their breach of fiduciary duties.

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/29/2023

Signature of Plaintiff    James Payton Showers